**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| CHASE BANK USA, N.A., | Case # CV-S-05-1208-LRH-LRL |
| Plaintiff, | |
| vs. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
| DISPUTE RESOLUTION ARBITRATION GROUP, ET AL., | |
| Defendant(s). | EFFECTIVE MARCH 1, 2004<br>FILING FEE IS $125.00 |

David W. Waddell, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 13506 Indian Creek
   (street address)

Houston, Harris
(city)    (county)

Texas, 77079, 713-827-0729
(state)  (zip code)  (area code + telephone number)

**CAUTION: DO NOT REVISE OR RETYPE THIS FORM**

Paid Amt $ 175.00  Date 11/14/05
Receipt # 89390  Initials

2. That Petitioner is an attorney at law and a member of the law firm of <u>Seyfarth Shaw LLP</u> with offices at <u>700 Louisiana, Suite 3700</u>,
(street address)
<u>Houston, Texas</u>, <u>77002</u>, <u>713-225-2300</u>.
(city)        (zip code)     (area code + telephone number)

3. That Petitioner has been retained personally or as a member of the law firm by <u>Chase Bank USA, N.A.</u> to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since <u>11/1986</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of <u>Texas</u>
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

                                                    Date Admitted

PLEASE REFER TO ATTACHED LIST.

2

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

Correct

8. That Petitioner is a member of good standing in the following Bar Associations:

Houston Bar Association, Texas Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/12/2003 | CV-S-03-0824-JCM-PAL | USDC-Nevada | (2) granted |
| 6/29/2004 | CV-N-03-0293-HDM-RAM | USDC-Nevada | granted |

(If necessary, please attach a statement of additional applications)

3

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF __TEXAS__ )
COUNTY OF __HARRIS__ )

__David N. Waddell__ Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this __3rd__ day of __November__, 2005.

Fae N. Reece
_____
Notary public or Clerk of Court

APPROVED:

Dated: this 31st day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

4

Rev 03/04

Reproducing:
| Court: | Date Admitted: |
|---|---|
| United States District Court, Western District of Texas | April 15, 1998 |
| United States District Court, Southern District of Texas | April 15, 1988 |
| United States District Court, Northern District of Texas | March 7, 1988 |
| United States District Court, Eastern District of Texas | July 2, 1991 |
| United States District Court, Northern District of Illinois | July 17, 2003 |
| United States Court of Appeals, Fifth Circuit | November 12, 1991 |
| United States Court of Appeals, Eleventh Circuit | April 20, 1998 |